| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504 |
| | ZEENAT BASRAI, State Bar No. 240525 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA  94306-2122 |
| 4 | Telephone: 650.843.4000 |
| | Facsimile:  650.843.4001 |
| 5 | email:  mriechert@morganlewis.com |
| |        zbasrai@morganlewis.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | INFOSYS LIMITED |
| | |
| 8 | STEVEN G. TIDRICK, State Bar No. 224760 |
| | ANDREW L. YOUNKINS, State Bar No. 267811 |
| 9 | THE TIDRICK LAW FIRM |
| | 2039 Shattuck Avenue, Suite 308 |
| 10 | Berkeley, CA 94704 |
| | Telephone: 510.788.5100 |
| 11 | Facsimile:  510.291.3226 |
| | e-mail: sgt@tidricklaw.com |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | SATYA DEV TRIPURANENI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATYA DEV TRIPURANENI,<br><br>              Plaintiff,<br><br>    vs.<br><br>INFOSYS LIMITED, a foreign corporation; and DOES 1-20,<br><br>             Defendants. | Case No. C12-4079-JCS<br><br>**JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Civil Local Rule 6-1(a) |

1  Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern
2  District of California, Plaintiff Satya Dev Tripuraneni and Defendant Infosys Limited
3  ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:
4  The original deadline for Defendant to answer or otherwise respond to the Complaint in
5  this action is August 27, 2012.
6  Pursuant to Rule 6-1(a), the parties have agreed that Defendants' new deadline to answer
7  or otherwise respond to the Complaint will be September 17, 2012.
8  In light of Plaintiff's counsel's trial schedule, if Defendant's response to Plaintiff's
9  Complaint is a motion that requires an opposition, the parties agree to stipulate to a request that
10  the Court extend Plaintiff's time to respond to any such motion by 21 days.
11  This is the first stipulation by the parties for an extension of time for Defendant to answer
12  or otherwise respond to the Complaint.
13  This stipulation will not alter the date of any event or any deadline already fixed by Court
14  order.
15  IT IS SO STIPULATED.

16  Dated: August 27, 2012                    MORGAN, LEWIS & BOCKIUS LLP

18                                            By /s/ Melinda S. Riechert
                                              MELINDA S. RIECHERT
19                                            ZEENAT BASRAI
                                              Attorneys for Defendant
20                                            INFOSYS LIMITED

21  Dated: August 27, 2012                    THE TIDRICK LAW FIRM

23                                            By /s/ Steven G. Tidrick
                                              STEVEN G. TIDRICK
24                                            ANDREW L. YOUNKINS
                                              Attorneys for Plaintiff
25                                            SATYA DEV TRIPURANENI

1

JOINT STIPULATION EXTENDING TIME
TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT
CASE NO. C12-4079-JCS

**ATTESTATION CLAUSE**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Melinda S. Riechert, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27 day of August, 2012, at Palo Alto.

/s/ Melinda S. Riechert
Melinda S. Riechert

Dated: 8/29/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA