THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
ANDREW L. YOUNKINS, SBN 267811
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com

Attorneys for Plaintiff
SATYA DEV TRIPURANENI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATYA DEV TRIPURANENI,<br><br>        Plaintiff,<br><br>  v.<br><br>INFOSYS LIMITED, a foreign corporation; and DOES 1-20,<br><br>        Defendants. | Civil Case Number: 3:12-cv-04079-RS<br><br>**STIPULATION OF DISMISSAL** |

1

**STIPULATION OF DISMISSAL**

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear their own costs and attorneys' fees.

Dated: December 5, 2012                THE TIDRICK LAW FIRM

/s/ Steven G. Tidrick, Esq.
_____
STEVEN G. TIDRICK
ANDREW L. YOUNKINS
Attorneys for Plaintiff
SATYA DEV TRIPURANENI


Dated: December 5, 2012                MORGAN, LEWIS & BOCKIUS LLP

/s/ Melinda S. Riechert
_____
MELINDA S. RIECHERT
ZEENAT BASRAI
Attorneys for Defendant
INFOSYS LIMITED